UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.                                            CRIMINAL NO. 3:17-CR-96 (JAM)

WILLIAM LIEBERMAN

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
WILLIAM LIEBERMAN'S EMERGENCY MOTION FOR
COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**

The defendant, William Lieberman, through undersigned counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to grant compassionate release and reduce his sentence to time served with a period of home confinement to be determined by the Court as a condition of supervised release.[1] Mr. Lieberman is currently held at FCI Miami where there currently are 12 infected inmates and 24 infected staff members.[2] Mr. Lieberman has hypertension and an autoimmune disorder. To date, Mr. Lieberman has served 25 of the 84-month sentence imposed by the Court, and his current Bureau of Prisons ("BOP") projected release date is July 29, 2024. While the balance of his prison term is significant, a review of the § 3553(a) sentencing factors under today's circumstances provide the Court with discretion to release Mr. Lieberman.

---

[1] "[T]he COVID-19 pandemic is itself extraordinary, having killed tens of thousands of people across the United States in recent weeks." *United States v. Vence-Small*, No. 3:18-CR-00031 (JAM), 2020 WL 2214226, at *2 (D.Conn. May 7, 2020).

[2] *See* COVID-19 Coronavirus, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited September 29, 2020). In addition, at least one inmate has died from COVID-19. Reportedly, 123 inmates and 9 staff members have recovered from COVID-19. *Id*.

I.  BACKGROUND

On May 10, 2017, Mr. Lieberman waived indictment and pleaded guilty to one count of attempt and conspiracy to commit mail fraud (Conspiracy to Commit Mail and Wire Fraud) and one count of attempt to evade or defeat tax (Tax Evasion).  On July 13, 2018, the Court sentenced Mr. Lieberman to 84 months incarceration on Count 1 and 60 months incarceration on Court 2 to be served concurrently, followed by 3 years of supervised release.  The Court also ordered restitution in the amount of $5,301,694 on Count 1 and $436, 235 on Count 2, restitution payments to be made upon release on a monthly basis.  Pursuant to the Court's order, Mr. Lieberman self-surrendered on August 13, 2018.

II.  COMPASSIONATE RELEASE

    A.  *The Court Should Find That The Exhaustion Requirement Has Been Met*

Although the compassionate release statute previously permitted sentence reductions only upon motion of the Director of the BOP, Congress expanded the statute in the First Step Act of 2018. Pub. L. No. 115-391, § 603(b), 132 Stat. 5194, 5239 (Dec. 21, 2018). As amended, § 3582(c)(1)(A)(i), now permits courts to consider motions filed by the defendant if "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf," or after "the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]"  As explained in his Motion for Compassionate Release dated September 21, 2020 (Dkt. No. 61), Mr. Lieberman has exhausted his remedies.

    B.  *The Court Should Find That There Are Extraordinary And Compelling Reasons To Grant Compassionate Release*

Mr. Lieberman's confinement at FCI Miami during a pandemic that is ravaging inmates and staff coupled with his medical issues make him particularly susceptible to sickness and complications should he contract the virus. These combined concerns constitute an extraordinary and compelling reason for his release under 18 U.S.C. § 3582(c)(1)(A)(i).

"The COVID-19 pandemic is an ongoing, once-in-a-century public health crisis to which no reader will need much introduction." *Martinez-Brooks, et.a. v. Easter, et al.*, No. 3:20-CV-569 (MPS), 2020 WL 2405350, *3 (D. Conn. May 12, 2020). On March 11, 2020, the World Health Organization officially classified the new strain of coronavirus which causes COVID-19 as a pandemic.[3] COVID-19 is a serious disease that makes certain populations of people severely ill and can lead to death. About 20% of COVID-19 patients require hospitalization, about 10 times more than the percentage of patients with the flu.[4] It estimated to kill at least 10 people per thousand infected, making it ten times more lethal than the seasonal flu.[5] As of September 29, 2020, COVID-19 has infected almost 34 million people worldwide, leading to over 1,000,000 deaths.[6] On March 26, 2020, the United States became the global leader in COVID infections (and still remains the global leader).[7] The severity of the coronavirus pandemic is reflected in the actions

---

[3] *WHO Director-General's Opening Remarks at the Media Briefing on COVID-19 – 11 March 2020*, World Health Org. (Mar. 11, 2020), https://bit.ly/2W8dwpS.
[4] Pien Huang, *How the Novel Coronavirus and the Flu are Alike ... And Different*, NPR, (Mar. 20, 2020), https://www.npr.org/sections/goatsandsoda/2020/03/20/815408287/how-the-novel-coronavirus-and-the-flu-are-alike-and-different.
[5] *See also* Nick Wilson et al., *Case-Fatality Risk Estimates for COVID-19 Calculated by Using a Lag Time for Fatality*, 26 EID JOURNAL (prepublication June 2020), https://wwwnc.cdc.gov/eid/article/26/6/20-0320_article.
[6] *COVID-19 Dashboard by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University,* JOHNS HOPKINS UNIVERSITY & MEDICINE, (September 29, 2020) (updating regularly), https://coronavirus.jhu.edu/map.html.
[7] *Id.*; Tom Porter, *The US is Well on the Way to Having a Coronavirus Outbreak Worse than China's or Even Italy's*, BUSINESS INSIDER (Mar. 26, 2020), https://www.businessinsider.com/figures-show-us-soon-coronavirus-worse-china-2020-3.

of local and national leaders, who have taken drastic measures to prevent the spread of the disease. All 50 states and the national government have declared states of emergency.[8]

The Centers for Disease Control and Prevention ("CDC") advises that the coronavirus is "spread mainly from person-to-person . . . [b]etween people who are in close contact with one another . . . [t]hrough respiratory droplets produced when an infected person coughs, sneezes or talks."[9] "Some recent studies have suggested that COVID-19 may be spread by people who are not showing symptoms."[10] Studies have shown that the coronavirus can survive from three hours to three days on various surfaces.[11] People also have been told to undertake aggressive sanitation measures, such as cleaning and disinfecting all surfaces, using products with particular alcohol contents, and closing off any areas used by a sick person.[12]

As the Court knows, COVID-19 cases have already been confirmed at multiple BOP facilities, and with each day that passes, the BOP identifies additional cases at additional institutions.[13] As of September 29, 2020, 14,639 BOP inmates have tested positive for COVID-

---

[8] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, WhiteHouse.gov, (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/; Kamran Rahman & Alice Miranda Ollstein, *How States Are Responding to Coronavirus, in 7 Maps*, POLITICO (Mar. 25, 2020), https://www.politico.com/news/2020/03/24/coronavirus-state-response-maps-146144.

[9] *Prevent Getting Sick*, Coronavirus Disease 2019 (COVID-19), CDC, (Jul 31, 2020). https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html

[10] *Id*.

[11] National Institute of Allergy and Infectious Diseases, New coronavirus stable for hours on surfaces, Mar. 17, 2020, https://www.nih.gov/news-events/news-releases/new-coronavirus-stable-hours-surfaces ("[S]cientists [from the National Institutes of Health, CDC, UCLA and Princeton University] found that [coronavirus] was detectable in aerosols for up to three hours, up to four hours on copper, up to 24 hours on cardboard and up to two or three days on plastic and stainless steel.").

[12] *Cleaning and Disinfecting Your Facility*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/community/disinfecting-building-facility.html (updated July 28, 2020).

[13] COVID-19 Coronavirus, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited September 29, 2020).

19 out of 58,267 tests administered, a remarkably high 25.1%.[14] 1,889 inmate test results are pending. As of September 29, 2020, 124 federal inmates and two staff persons have died from the coronavirus.[15] These numbers may be underreported, however. At least one family of a deceased BOP employee reports that BOP refuses to acknowledge that she died from contracting COVID-19 at work.[16] As one court, quoting another, summarized the problem: "[p]risons are 'powder kegs for infection' and have allowed 'the COVID-19 virus [to] spread[] with uncommon and frightening speed." Memorandum-Decision and Order at 8, *United States v. Salvagno*, No. 5:02-CR-51-LEK, ECF No. 1166 (N.D.N.Y. Apr. 23, 2020) (Kahn, J.) (*quoting United States v. Skelos*, No. 15-CR-317, 2020 WL 1847558, at *1 (S.D.N.Y. Apr. 12, 2020)).[17]

The high infection rates are illustrated by a chart recently published by the Journal of the American Medical Association showing "Trends in Cumulative Coronavirus Disease 2019 (COVID-19) Confirmed Case Rate per 100,000 People for Prison and US Populations:"[18]

---

[14] *Id*.
[15] *Id*.
[16] Keri Blakinger & Keegen Hamilton, "I Begged Them To Let Me Die": How Federal Prisons Become Coronavirus Death Traps, MARSHALL PROJECT (June 18, 2020), https://www.themarshallproject.org/2020/06/18/i-begged-them-to-let-me-die-how-federal-prisons-became-coronavirus-death-traps.
[17] *See* Editorial, *No One Deserves To Die of COVID-19 in Jail: But More Than 100 Inmates Already Have*, N.Y. TIMES (Apr. 23, 2020), https://www.nytimes.com/2020/04/23/opinion/coronavirus-prisons.html ("Social distancing in prisons is nearly impossible.").
[18] Brendan Saloner et al., *COVID-19 Cases and Deaths in Federal and State Prisons*, JAMA (July 8, 2020), https://jamanetwork.com/journals/jama/fullarticle/2768249.



Figure. Trends in Cumulative Coronavirus Disease 2019 (COVID-19) Confirmed Case Rate per 100 000 People for Prison and US Populations

These statistics are not surprising because prisons are among the most dangerous places to be during an epidemic due to the ideal environment for transmission of contagious diseases.[19] Conditions of imprisonment create the ideal environment for the transmission of contagious diseases.[20] "Incarcerated/detained persons live, work, eat, study, and recreate within congregate environments, heightening the potential for COVID-19 to spread once introduced."[21] The CDC recognizes the difficulty of preventing the introduction of COVID-19 into prison facilities:

> Many opportunities exist for SARS-CoV-2 to be introduced into a correctional or detention facility, including daily staff movements; transfer of

---

[19] Matthew J. Akiyama, et.al., *Flattening the Curve for Incarcerated Populations – COVID-19 in Jails and Prisons*, NEW ENGLAND J. MED. (Apr. 2, 2020), https://www.nejm.org/doi/full/10.1056/NEJMp2005687 ("Therefore, we believe that we need to prepare now, by 'decarcerating,' or release, as many people as possible . . . ."); Joseph A. Bick, *Infection Control in Jails and Prisons*, 45 Clinical Infectious Diseases 8, (Oct. 15, 2007), pages 1047-55, https://academic.oup.com/cid/article/45/8/1047/344842.
[20] Joseph A. Bick, *Infection Control in Jails and Prisons*, 45 *Clinical Infectious Diseases 8*, Oct. 15, 2007, pages 1047–1055, https://doi.org/10.1086/521910.
[21] *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, CDC, (last updated July 22, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html.

incarcerated/detained persons between facilities and systems, to court appearances, and to outside medical visits; and visits from family, legal representatives, and other community members.

Some settings, particularly jails and detention centers, have high turnover, admitting new entrants daily who may have been exposed to SARS-CoV-2 in the surrounding community or other regions.

*Id*.

Mr. Lieberman resides in FCI Miami. Out of the 973 inmates that are currently incarcerated at FCI Miami,[22] 12 inmates currently tested positive and `123 inmates have recovered.[23] One inmate has died.[24] Currently, 24 staff members tested positive and 9 staff members have recovered.[25]

Mr. Lieberman runs a high risk of serious illness or death if he contracts COVID-19 due to the following risk factors:

**Autoimmune Disorder**: Mr. Lieberman has a weakened immune system, and likely will for the remainder of his lifetime. *See* Letter from Dr. Mark Levy at Exhibit 2 to Dkt No. 61. His weakened immune system has manifested itself in several diagnoses throughout his lifetime. In 1993, Mr. Lieberman was first diagnosed with Eurythema Multiforme Arthritis (skin lesions) [26]

---

[22] *Federal Bureau of Prisons, FCI Miami*, https://www.bop.gov/locations/institutions/mia/ (last visited September 29, 2020). FCI Miami consists of a minimum-security institution and a camp. Mr. Lieberman is currently housed at the camp. The Federal Bureau of Prisons does not show how many of the reported COVID-19 cases occurred at the FCI versus the camp.
[23] COVID-19 Coronavirus, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited September 29, 2020).
[24] *Id*.
[25] *Id*.
[26] Eurythema multiforme arthritis is a rare skin condition. Bhat YJ, Zeerak S, Baba AN, Hassan I, Wani R. *Recurrent erythema multiforme with arthritis – A rare association*. Our Dermatol Online. 2017;8(2):179-182 available at http://www.odermatol.com/odermatology/20172/13.Recurrent-BhatYJ.pdf. The causes of recurrent erythema multiforme are not well-known. David A. Wetter, M.D., Mark D.O. Davis, M.D., Recurrent erythema multiforme: Clinical characteristics, etiological associations, and treatment in a series of 48 patients at May Clinic, 2000 to 2007, American Academy of Dermotology Journal. Aug. 10, 2009; 62(1), p. 45-53 available at

and Angioedema (swelling that occurs beneath the skin).[27]  *Id*.  Subsequently, Mr. Lieberman was referred to an Allergist and immunologist who diagnosed him with autoimmune Arthralgias (joint stiffness)[28] and Urticarial (hives)[29].  *Id*.  In 2015, Mr. Lieberman had a positive result on an Antinuclear Antibody Test, indicating that he continued to suffer from an autoimmune disorder.[30]

Mr. Lieberman has experienced several instances of an angioedema flare during the time he has been incarcerated, but stated that he generally does not report the flares to Health Services as the treatment protocol is to prescribe antihistamines that he can purchase from the commissary.  *See* Ex. A, Inmate Intra-System Transfer dated February 24, 2020 (noting a diagnosis of histamine sensitive angioedema and recommending that he keep OTC loratadine on hand if needed).  He described the symptoms of his disorder as causing massive swelling, inflammation and pain throughout his vascular system.  Of concern with the threat of a COVID-19 infection is the effect the disorder has had on Mr. Lieberman's ability to swallow, breath and other critical functions like walking, speaking, and eating.  *See* Dkt. 61.  In his motion, Mr. Lieberman described a particularly severe flare in August 2019 that caused his face, lips and tongue to be swollen for five days.  *Id*.  Given that one of the more severe symptoms of COVID-19 is shortness of breath or difficulty breathing, Mr. Lieberman could suffer grave complications if he were to suffer a flare at the same time he was suffering from COVID-19.[31]

---

https://www.jaad.org/article/S0190-9622(09)00778-6/fulltext.

[27] What is angioedema? WebMD, https://www.webmd.com/skin-problems-and-treatments/qa/what-is-angioedema.

[28] Arthralgia, https://www.hopkinsmedicine.org/health/conditions-and-diseases/arthralgia.

[29] Hives, (Urticaria), American College of Allergy, Asthma, & Immunology, https://acaai.org/allergies/types-allergies/hives-urticaria.

[30] ANA (Antinuceal Antibody) Test, https://medlineplus.gov/lab-tests/ana-antinuclear-antibody-test/#:~:text=What%20is%20an%20ANA%20(antinuclear,and%2For%20organs%20by%20mistake. ("An ANA test looks for antinuclear antibodies in your blood.  If the test finds antinuclear antibodies in your blood, it may mean you have an autoimmune disorder.").

[31] Symptoms of COVID-19, CDC, https://www.cdc.gov/coronavirus/2019-

The CDC states that individuals with primary immunodeficiency, an immune system that does not work correctly, are at an increased risk for severe illness from COVID-19.[32] Specifically, individuals with conditions such as Mr. Lieberman's autoimmune disorder "are more likely to get and become severely ill from infections."[33] In addition, the CDC advises that individuals with a prolonged use of corticosteroids or other immune weakening medicines may be at an increased risk for severe illness from COVID-19.[34] As noted in Exhibit 2 to Mr. Lieberman's Motion for Compassionate Release, his autoimmune disorder was treated for many years with Prednisone. *See* Dkt. No. 61. All of these facts, as well as the fact that Mr. Lieberman suffers from hypertension as discussed below, has a compounding effect that places him in extremely serious danger.

**Hypertension**: Mr. Lieberman has a well-established diagnosis of hypertension. The Presentence Report states that, according to his self-report, Mr. Lieberman was diagnosed with high blood pressure in 2015. The majority of his BOP medical records discuss care for his diagnosis of hypertension. *See*, e.g., Exhibit B, Clinical Encounter dated January 1, 2020 (indicating that Mr. Lieberman was being treated in the Chronic Care Clinic for hypertension and angioedema). The last notation on his active prescriptions states that he was prescribed Lisinopril to control his blood pressure. *See* Exhibit C.

---

ncov/downloads/COVID19-symptoms-24x36-en.pdf.

[32] Primary Immunodeficiency, CDC, https://www.cdc.gov/genomics/disease/primary_immunodeficiency.htm.

[33] *Id*.; see also Primary immunodeficiency, Mayo Clinic tps://www.mayoclinic.org/diseases-conditions/primary-immunodeficiency/symptoms-causes/syc-20376905#:~:text=Primary%20immunodeficiency%20disorders%20—%20also%20called,problems%20to%20occur%20more%20easily ("Many people with primary immunodeficiency are born missing some of the body's immune defenses or with the immune system not working properly, which leaves them more susceptible to germs that can cause infections.").

[34] *People with Certain Medical Conditions*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#serious-heart-conditions (updated July 30, 2020).

The CDC notes that "hypertension . . . may increase your risk of severe illness from COVID-19,"[35] and a recent New York Times article found that 88% of patients hospitalized in the New York area suffered from chronic health conditions, including hypertension (and obesity and diabetes).[36] The article cited a paper published in the Journal of the American Medical Association, for which researchers:

> "analyzed data [of] about 5,700 Covid-19 patients admitted between March 1 and April 4 to a dozen hospitals in New York City, Long Island and Westchester County that are part of the Northwell Health system.
> …
> Nearly **60 percent** of those hospitalized at the Northwell facilities **had high blood pressure, 40 percent were obese**, and about **one-third had diabetes**. Smaller numbers of patients suffered from other chronic illnesses, such as heart disease, kidney disease and chronic respiratory illnesses."[37]

(Emphasis added). "[S]everal peer-reviewed scientific studies and research commentaries in reputable scientific journals conclude that hypertension is independently associated with severe manifestations of COVID-19, controlling for the confounding variables of age and other health conditions." *United States v. Salvagno*, No. 5:01-cr-51 (LEK), 2020 WL 3410601, at *15 (N.D.N.Y. Apr. 23, 2020), *reconsideration denied* (June 22, 2020).[38]

---

[35] *Id*.
[36] Roni Caryn Rabin, *Nearly All Patients Hospitalized With Covid-19 Had Chronic Health Issues, Study Finds*, NEW YORK TIMES
https://www.nytimes.com/2020/04/23/health/coronavirus-patients-risk.html.
[37] *Id*.
[38] *Citing* Gao et al., Association of hypertension and antihypertensive treatment with COVID-19 mortality: a retrospective observational study, Eur. Heart J., June 2020; Zhang, et al., Associations of hypertension with the severity and fatality of SARS-CoV-2 infection: A meta-analysis, Epidemiology and Infection, May 2020; Li, et al., Risk factors for severity and mortality in adult COVID-19 inpatients in Wuhan J. Of Allergy And Clinical Immunology, April 2020; Kulkarni, et al., COVID-19 and Hypertension, J. Of The Renin-Angiotensin-Aldosterone Sys., May 2020; T.M. Cook, The importance of hypertension as a risk favor for severe illness and mortality in COVID-19, Anesthesia, April 2020.

The World Health Organization (WHO)-China Joint Mission Report indicates that the mortality rate for patients with COVID-19 and hypertension is 8.4%.[39] In comparison, the death rate among those with no-preexisting conditions was 0.9%.[40] The WHO says people with hypertension are among the highest-risk groups for more serious cases of, and death from, COVID-19.[41] ICU patients in one study were more than twice as likely to have hypertension (58.3% versus 21.6%).[42] According to a CDC report, "nearly 90% of adult patients hospitalized with COVID-19 in the US had one or more underlying diseases," and out of those patients 49.7% of them had hypertension.[43] On June 25, 2020, the CDC officially added hypertension to the list of medical conditions that may place a person at increased risk for severe illness due to COVID-19.[44]

---

[39] *Report of the WHO-China Joint Mission on Coronavirus Disease (COVID-19)*, (Feb. 2020), page 12, https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf (finding fatality rates for patients with COVID-19 and co-morbid conditions to be: "13.2% for those with cardiovascular disease, 9.2% for diabetes, 8.4% for hypertension, 8.0% for chronic respiratory disease, and 7.6% for cancer."). See also Martinez-Brooks, supra, No. 3:20-cv-569, 2020 WL 2405350, *3 (D. Conn. May 12, 2020).

[40] COVID-19 and Hypertension, *Lark Health*, https://www.lark.com/blog/coronavirus-and-hypertension/#:~:text=The%20World%20Health%20Organization%20(WHO,%2Dpreexisting%20conditions%20was%200.9%25, citing *Report of the WHO-China Joint Mission on Coronavirus Disease (COVID-19)*, Feb. 2020, page 12, https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf; Wang D, Hu B, Hu C, et al., *Clinical Characteristics of 138 Hospitalized Patients With 2019 Novel Coronavirus-Infected Pneumonia in Wuhan, China.*, JAMA, published online February 07, 2020. https://jamanetwork.com/journals/jama/fullarticle/2761044.

[41] *Id*.

[42] *Id*.

[43] *See* Karina Zaiets & Ramon Padilla, *Coronavirus, diabetes, obesity and other underlying conditions: Which patients are most at risk?*, USA TODAY (Apr. 15, 2020) https://www.usatoday.com/in-depth/news/2020/04/15/coronavirus-risk-90-patients-had-underlying-conditions/2962721001/ (citing Shikha Garg et al., Hospitalization Rates and Characteristics of Patients Hospitalized with Laboratory Confirmed Coronavirus Disease 2019-COVID-NET, 14 States, March 1-30, 2020, 69 Morbidity & Mortality Weekly Report 485 (Apr. 17, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6915e3htm).

[44] *People with Certain Medical Conditions*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#serious-heart-conditions (updated July 30, 2020).

Not surprisingly, therefore, courts have recognized that hypertension renders prisoners more vulnerable to health complications from COVID-19, thereby contributing to findings of extraordinary and compelling reasons justifying grants of compassionate release. *See e.g., United States v. Gonzalez*, No. 05-cr-1292, 12-cr-326 (JMF), 2020 WL 2766048, *1 (S.D.N.Y. May 28, 2020) (granting compassionate release to 45-year-old "career" criminal who had served more than eight years of a fourteen-year sentence due to obesity and hypertension); *United States v. Coles*, No. 00-cr-20051, 2020 WL 1976296 (C.D. Ill. Apr. 24, 2020) (obesity, hypertension and prostate issues); *United States v. Stahl*, No. 18-cr-694 (RA), 2020 WL 1819986 (S.D.N.Y. Apr. 10, 2020) (Abrams, J.) (obesity, hypertension and a heart condition); *United States v. Zuckerman*, No. 16-cr-194 (AT), 2020 WL 1659880, *2-3 (S.D.N.Y. Apr. 3, 2020) (Torres, J.) (obesity, hypertension and diabetes); *United States v. Foreman*, No. 3:19-cr-62 (VAB), 2020 WL 2315908, at *4 (D. Conn. May 11, 2020) (granting compassionate release to defendant who had served just over two months of twelve-month sentence; "While Ms. Foreman does not appear to have pulmonary hypertension, hypertension is still a risk factor and this factor along with her weight—even if her body mass index is not high enough to create the highest risk—along with her age of 58, magnifies the risk here."); *United States v. Dunlap*, No. 1:02-cr-165, 2020 WL 2062311, at *2 (M.D.N.C. Apr. 29, 2020) ("[m]ost importantly for the present motion, foremost among his various medical ailments is hypertension which, as the Government acknowledges, has been identified as a common, significant comorbidity of COVID-19, increasing his vulnerability of suffering severe illness and death"); *United States v. Gross*, No. 15-cr-769 (AJN), 2020 WL 1673244, at *1 (S.D.N.Y. Apr. 6, 2020) (granting compassionate release to an incarcerated person who was "severely overweight and suffers from high blood pressure and sleep apnea," finding that "the combination of [his] health conditions and his incarceration compounds the risk COVID-19 poses to him, placing him in

particularly grave danger") (internal citation and quotation marks omitted). *United States v. Quintero*, __ F. Supp. 3d __, No. 08-CR-6007L, 2020 WL 2175171 (W.D.N.Y. May 6, 2020) (Larimer, J.) (granting compassionate release to prisoner with obesity, hypertension, diabetes and a compromised immune system); *United States v. Lacy*, No. 15-cr-30038, 2020 WL 2093363 (C.D. Ill. May 1, 2020) (severe obesity, hypertension and diabetes); *United States v. Saad*, No. 16-20197, 2020 WL 2065476 (E.D. Mich. Apr. 29, 2020) (hypertension, sleep apnea and chronic kidney disease); *United States v. Brown*, __ F. Supp. 3d __, 2020 WL 2091802 (S.D. Iowa Apr. 29, 2020) (hypertension, sleep apnea, and a low white blood cell count); *United States v. Colvin*, No. 3:19-cr-179 (JBA), 2020 WL 1613943 (D. Conn. Apr. 2, 2020) (Arterton, J.) (hypertension and diabetes); *United States v. Rodriguez*, No. 2:03-cr-271-AB, 2020 WL 1627331 (E.D. Pa. Apr. 1, 2020) (obesity, hypertension, and diabetes). See also Order Granting Motion for Compassionate Release, *United States v. Lauria*, 3:96-cr-00185-RNC (D. Conn. May 14, 2020), Doc. 700 (defendant suffered hypertension and liver disease).

### C. With full consideration of the § 3553(a) factors, including the COVID-19 pandemic, Mr. Lieberman's time served constitutes a sentence sufficient, but not greater than necessary, to accomplish the goals of sentencing.

When extraordinary and compelling reasons are established, the Court must consider the relevant sentencing factors in § 3553(a) to determine whether a sentence reduction is warranted. 18 U.S.C. § 35 82(c)(1)(A)(i). Under all the circumstances in this case, the Court should conclude that the time that Mr. Lieberman has already served is sufficient to satisfy the purposes of sentencing. Under *Pepper v. United States*, the Court can, and indeed must, consider post-offense developments under § 3553(a). 562 U.S. 476, 490-93 (2011).

Here, the overriding factor under § 3553(a) that was not present at the time of sentencing is the COVID-19 pandemic and the serious risk it presents. Although the circumstances of the

present offense qualified Mr. Lieberman for the serious sentence this Court originally imposed, the sentencing purpose of just punishment does not warrant a sentence that includes exposure to a life-threatening illness. In fact, the Eighth Amendment's prohibition on cruel and unusual punishment includes unreasonable exposure to dangerous conditions in custody. *Helling v. McKinney*, 509 U.S. 25, 28 (1993); *see also Wallis v. Baldwin*, 70 F.3d 1074, 1076 (9th Cir. 1995) (applying *Helling* to exposure to asbestos); *Brown v. Mitchell*, 327 F. Supp. 2d 615, 650 (E.D. Va. July 28, 2004) (applying *Helling* to contagious diseases caused by overcrowding conditions). The § 3553(a) factors can be met in this case by an order of home confinement as a condition of supervised release.

Additionally, Mr. Lieberman's conduct while incarcerated, establishes that the purposes of punishment have been met. Under *Pepper*, the Court must also consider "the most up-to-date picture" of the defendant's history and characteristics, which "sheds light on the likelihood that [the defendant] will engage in future criminal conduct." 562 U.S. at 492. While incarcerated, Mr. Lieberman has taken advantage of as many programs as he could. Mr. Lieberman estimates that he has taken 20-22 classes on a variety of issues, including "Criminal Thinking" and others that address problematic thought patterns. Mr. Lieberman also has successfully worked throughout the time he has been incarcerated, and has been allowed to work at jobs that show the trust the BOP staff has in Mr. Lieberman's ability to be responsible and trustworthy. Currently, Mr. Lieberman works for the Commissary Trust Fund at FCI Danbury where one of his duties includes being responsible for the daily inventory count.

Mr. Lieberman's conduct while incarcerated and prior to his incarceration evidence that he will not be a danger to the community. Prior to this conviction, Mr. Lieberman did not have any criminal history. After being interrogated by federal agents on July 13, 2016, Mr. Lieberman

immediately took responsibility for his conduct. Even prior to his sentencing, Mr. Lieberman was motivated to pay back the victims of his offense. (Dkt. No. 27 at 4). He started a business with a partner and established an account devoted to victim restitution where he was able to save over $12,000. *Id*. He is deeply remorseful for his conduct and has no motivation to engage in criminal conduct again.

Mr. Lieberman recognizes that his actions that led to his incarceration and he has suffered an extraordinarily high price for them. Prior to his incarceration, Mr. Lieberman had a successful marriage, strong bond with his three small children, and close relationship with his family in Canada. Mr. Lieberman acknowledges that his marriage ended as a result of the prosecution for his conduct. He has not seen his children since he entered BOP custody. Mr. Lieberman has attempted to maintain the relationships with his family while he has been incarcerated through other means of communication including speaking to his children once a week and staying in contact with his parents almost daily but being physically removed from their lives has been particularly hard on him. In addition, Mr. Lieberman remains strongly committed to paying restitution to the victims of his crimes.

The remaining § 3553(a) considerations tip in favor of amending Mr. Lieberman's sentence. Mr. Lieberman has already served 26 months of his sentence. The amount of time served as compared to time remaining may give the Court pause, but that factor is not singularly determinative. *See United States v. Delgado*, No. 3:18-cr-17 (VAB), 2020 WL 2464685, at *1 (D. Conn. Apr. 30, 2020). Moreover, since at least early March, he has been living with the stress of the pandemic invading the prison and the knowledge that his health conditions put him at a far greater risk of serious complications and suffering. That is a type of punishment that the Court could not have considered in sentencing him.

Mr. Lieberman has a release plan to ensure his safe transition to the community. Mr. Lieberman has a solid support system with his children, parents and friends. He has a place to live—Mr. Lieberman has confirmed that he can return to the same residence that the Florida probation office approved of when he was out on bond under conditions of release between his sentencing and the date of his self-surrender. Mr. Lieberman has also spoken with a former business partner who has indicated that he can employ him in some capacity at one of his businesses. Mr. Lieberman has a plan to reestablish a relationship with his children as well as receive medical care for the conditions that he is suffering from as discussed above. Finally, if released to home confinement with conditions that permit him to work, Mr. Lieberman may continue repaying the victims of his crime.

## IV. CONCLUSION

For the foregoing reasons, Mr. Lieberman respectfully requests that the Court grant this motion for a reduction in sentence and re-sentence him to time served.

Respectfully submitted,

By: */s/ Kathleen E. Dion*
    Kathleen E. Dion
    (ct26805)
    Robinson & Cole LLP
    Hartford, CT 06103
    Telephone: (860) 275-8200
    Fax: (860) 275-8299
    Email: kdion@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kathleen E. Dion*
Kathleen E. Dion