UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:17-cr-96 (JAM) |
| v. | |
| WILLIAM LIEBERMAN | October 12, 2020 |
| *Defendant.* | |

**REPLY IN SUPPORT OF WILLIAM LIEBERMAN'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**

The Defendant William Lieberman submits this reply in support of his motion for compassionate release under 18 U.S.C. § 3582(c)(l)(A).

**I.    The defendant has met his burden of establishing "extraordinary and compelling" reasons warranting release.**

Mr. Lieberman has established extraordinary and compelling reasons that would warrant compassionate release. The Government argues that extraordinary and compelling circumstances do not exist here because (1) currently no staff or inmates at the FCI Miami camp have tested positive for COVID-19, and (2) Mr. Lieberman's medical conditions at most *might* increase his risk of serious illness if they contract COVID-19. Neither argument is persuasive.

First, there is no evidence that COVID-19 is unlikely to be spread from the many cases currently active at the minimum-security institution to the camp. Mr. Lieberman reports that staff regularly travel from the camp to the minimum-security institution, and the Government has not said otherwise. The Government also has not indicated any preventative measures that BOP has enacted to prevent the spread of COVID-19 from the camp to the minimum-security institution. It is evident that BOP has failed to effectively stop the spread at FCI Miami generally. In July 2020, FCI Miami's correctional officers expressed concern that the number of cases were rapidly

21283879-v1

increasing and there was insufficient medical care for the inmates.[1]  By August 24, 2020, BOP documented 123 inmates with positive COVID-19 test results at FCI Miami.[2]  Still, sufficient measures have not been put in place to prevent the four inmates and 24 staff members who currently tested positive for COVID-19 from getting sick.  Indeed, FCI Miami staff are named class action plaintiffs in a case alleging that they "performed work in close proximity to objects, surfaces, and/or individuals infected with COVID-19 at FCI Miami in Miami, Florida." *Braswell v. United States of America*, No. 1:20-cv-00359-VJW, Dkt. No. 11 at ¶ 60.  Now that BOP has restarted visitation, the spread of COVID-19 at FCI Miami could get much worse.

Second, Mr. Lieberman's medical conditions warrant a finding that extraordinary and compelling circumstances exist in his case.  There is no dispute that Mr. Lieberman suffers from hypertension which CDC has concluded might put him at an increased risk for severe illness from COVID-19.[3]  Similarly, Mr. Lieberman's autoimmune condition might increase his risk for severe illness from COVID-19.[4]  The Government disputes that Mr. Lieberman has an autoimmune condition despite the letter from one of Mr. Lieberman's former physicians and test results supporting his medical opinion.  It relies on the fact that BOP has not documented an autoimmune condition during the time that Mr. Lieberman has been incarcerated.  However, the Court should find the reliability of these records suspect.  Attached to Mr. Lieberman's Motion for Compassionate Release, Dkt. No. 61, Mr. Lieberman attached four emails at Exhibit 3 (p. 14-17) in which he requested medical assistance for his Angioedema on April 8, 2020 and June 23, 2020.

---

[1] Inmates, Correctional Officers Concerned About Growing Number of COVID Cases at Miami Prison, NBC 6 South Florida, https://www.nbcmiami.com/news/local/inmates-correctional-officers-concerned-about-growing-number-of-covid-cases-at-miami-prison/2262886/ (July 15, 2020).
[2] *United States v. Aburto*, Case No. 19-cr-1975-GPC (S.D. Cal. Aug. 25, 2020)
[3] See https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2F%20coronavirus%2F2019-ncov%2Fneed-extra-precautions%2Fgroups-at-higher-risk.html
[4] *Id*.

Yet neither these emails nor any subsequent sick visit in response (if any) are documented in the BOP records. Mr. Lieberman has submitted a letter from his treating physician that confirms that his Angioedema is related to his autoimmune disorder diagnosis and that he has a weakened immune system. This evidence is sufficient to meet Mr. Lieberman's burden of establishing extraordinary and compelling circumstances.

## II.     The § 3553(a) factors weigh in favor of release.

A reduction of Mr. Lieberman's sentence to time served and a substantial time of supervised release with conditions that the Court finds appropriate is not inconsistent with the § 3553(a) factors.

The Government argues that the factor requiring the need for the sentence to "reflect the seriousness of the offense," "promote respect for the law," and "provide just punishment for the offense" weighs in favor of denying Mr. Lieberman's motion. *Id.* § 3553(a)(2). However, the Government ignores Mr. Lieberman's rehabilitation since the time that he was incarcerated. Mr. Lieberman has described his time in prison as follows:

> My life has drastically changed since mid 2016, and I did have to come to prison. I do not regret this time, and am thankful for it for saving my life. I only wish I had got in trouble with the law at a much younger age, because it would have helped me drastically in dictating the outcome of my life. I had SO MANY irrational thoughts for so long.
>
> Prison has had a profound effect on me. Although I have only done approximately 27 months of my sentence - I have been dealing with the consequences of my actions for more than four years now, from the day agents first appeared at my door and will continue with the consequences for the rest of my life.
>
> Initially, I had trouble dealing with the fact that I had caused harm to so many, because the world in which I was involved became my life blood, and at first it was quite difficult for me to believe, that all the people I was working with, were nothing more than a sham, and that everything was smoke and mirrors. It was a SERIOUS struggle for me. I did not want to take responsibility for my actions and believe that what I thought was work was all a scam. I continued to justify my actions in my head for so long. I also struggled because many of my actions followed a course of "normal operating procedure" for many years without incident, so how could I

be wrong. I had completely drank the Kool-Aid with regards to the validity of my actions, and their legalities. Almost of all these people became my friends, and family. Mr Goldreich, Mr. Meissenn, and Ms. Dalmy without question. They were my friends, I was theirs, and we all had "each other's backs". This was the root of much of my struggle.

Before coming to prison, I was very busy with three young babies, and trying to run a business, and did not have the time to really think about what had just happened to me. I was in a SHELL SHOCK. But I HAD to come to prison, and I was in so deep, that I did not know how I could escape with my health on the line, and with my own personally security at risk dealing in the world that I was mixed into. It was a cluster bomb waiting to go off, and thankfully I was saved. If I had continued down the path I was on, I believe I could have been potentially severely harmed by others, or my own battles of ego which only inflated my own idea of self-worth, and ultimately my greed would have killed me. I was a COMPLETE and total wreck in what was supposed to be one of the most important times of my life, having children, and getting married. My personal health was a disaster and I did not care about my own self-worth. Only the self-worth of protecting those I had been involved with for years. This is why I struggled. Prison without a doubt saved my life.

Since coming to prison, I have had a lot of time to think about my actions, and how I harmed so many. I have realized how much harm I have done to my family and friends, and those who I love, and who have loved me. Besides losing my life, I don't think a person could reach a lower depth then where I was when I first arrived to prison. I struggled very much for the first few months not being able to speak to my young children and from being far removed from society.

When you are in prison all you have is time to think, and the punishment of being here was MORE Than warranted for my actions. Within 4 months of being in prison, I began to take all the classes that were available to me, because I needed, and WANTED to use this time to transform myself. This is what prison is supposed to do for people. Those who are focused on it - use the time wisely, most do not. I was and I am not using this time idly to waste on doing nothing. I have completely and fully thrown myself into the depths of prison, and what being in prison is supposed to do for those of us here. First by taking responsibility for our actions and by not BLAMING anyone but ourselves. Only I put myself here. NO ONE ELSE HAS. I have taken close to thirty classes, both self - taught and in group form, and I`ve learned a lot listening to other people's struggles. This has had a DEEP effect on me. No matter drug dealer, gang member or white-collar prisoner, there is a lack of self-awareness, and misstep with society and within ourselves to make us do the things we do. The drug dealers I`ve met have had MANY of the same problems I`ve had - and greed has become our ever-living worst quality. Providing for our families or for ourselves - at the cost of so many. I WAS BEYOND guilty of this criminal thinking mindset.

Second, and by far the most important thing for me has been taking the group classes, Criminal Thinking class, the Non Residential Drug thinking class, and also an anger class. Many share common traits, but all are focused on being able to realize where our thinking patterns dissociate. This has been VERY important to my understanding of my actions and allowed me to have MUCH reflection. All of these classes have shown how irrational thinking leads to outcomes that are not based on reality but based on figments of our imagination and our perceptions of who we are, who we want to be, and why we do the things we do, and how they have been irrational. My perceptions and understanding of my life and dreams and goals, were COMPLETELY based in a figment of my imagination for so long. All of these classes, and the practicing of Rational Self Analysis has been PARAMOUNT to transforming me here in prison. The classes have allowed me to analyze how so MANY of my previous decisions led me to where I now am, and how I was deluded and lived in a fantasy world in my mind and in my being, and in how I wanted others to perceive me. My decisions were not based on anyone else but me. I put myself here in prison. NO one else. There is no blame here for those I worked for or with, the prosecutors or agents or the judge. I take full and complete responsibility for my actions. I caused insufferable harm to so many, but most importantly I hurt myself in far greater consequence than I could have possibly imagined because of my irrational thought processes. Hurting and not being there for my now ex-wife, and young children has devastated me, and even more so now during the last seven months of the pandemic, and not being there to help them in anyway. It has also COMPLETELY devastated them - and I really could never look to see how poorly my decisions would come to hurt so many I love.

In coming to terms, with my destruction and harm, I have not had a change in god status, or a RECONNECTION with any types of specific spiritual guidance. Although I have connected with many people from many different religious paths, and this has changed my outlook for being a GOOD person. Not wanting people to think I am good person, but actually being a good person. There is a stark difference. I have become VERY aware that I do have many abilities for goodness and always have and that the temptation of doing harm is never that far away but its those moments in life that allow us to see the course of how our actions may affect those, that differentiate between good and evil. I will never ever again make the same destructive decisions but only want to continue those positive attributes in my life that help my family, that help others, and which provide service to society. Its so easy to harm in life especially in the financial markets, and its so hard to want to change yourself to be the person we are meant to be. I was never supposed to be the person I became. But I did harm and did so recklessly without a thought in the world because of those who influenced me, but also because of own SELF worth, and lack thereof and of wanting to be recognized for being good at something. I WAS MY OWN WORST ENEMY FOR YEARS. I said earlier that I wish I had come to prison earlier, because I think the training and guidance of being here, would have profoundly changed me at a much earlier age, and would not have allowed me to rationalize my own experiences. The time leading to

>coming to prison, and the time being in prison, have done this for me. I always wanted to hide about my actions. I no longer do so.
>
>For those who were in the presence of me being with those who I worked for so long – and that knew me, long before I came to New York City, knew that I had betrayed my character. I was called out by many of my old friends but could not listen. I had to go through all of this to finally see the light and to change my life for the better and to finally confront my own being.
>
>For me in prison - the only easy day in prison was yesterday. I will continue this path to self-improvement everyday but working and reading like I have done religiously since coming to prison, and when I am ultimately released continue to do so, in order to honor the commitments that have been handed to me not only by this court, but by own greed and recklessness. This is a forever change.
>
>I accept full responsibility for my actions, and its only my actions moving forward that will lead to my own self salvation in the eyes of my victims both monetarily but also civically and socially. I will never be lead down or approach life from unrealistic expectations. Those I have hurt deserve better and most importantly my children and those I love deserve better, and I will never hurt them or myself like this ever again. Incarceration has had a VERY positive change in my life. I only hope to be given the chance sooner rather than later to meet the financial commitments to repay those who I grossly took advantage of.

As indicated by Mr. Lieberman's own words, the time that he has spent incarcerated and programing that he has taken advantage of has been sufficient to give him time to reflect on the consequences of his actions, the affect that his crime had on his victims, and modified his thought processes. In addition, it should be noted that Mr. Lieberman received the lengthiest sentence out of all of the individuals charged in this scheme, including a sentence three years longer than the re-sentencing of Diane Dalmy after it was discovered that she hid money to avoid paying restitution and fraudulently tried to enter BOP's RDAP program for a reduced sentence, and a year longer than Thomas Heaphy who after he was investigated in a prior scheme launched a new venture that defrauded additional individuals. *U.S. v. Dalmy*, No. 3:18-cr-00021 (JAM), Dkt. No. 65 at 5; *U.S. v. Heaphy*, No. 3:17-cr-00168 (JAM); Dkt. No. 45 at 7. By contrast, as noted in his sentencing memorandum "Mr. Lieberman's conduct, however harmful, amounts to a contained series of events that stand in glaring contrast to an otherwise law-abiding life." Additional

6

incarceration is not necessary to deter Mr. Lieberman from further criminal conduct or provide him with any needed educational or vocational training.

The Government asks the Court to consider the statements made by Mr. Lieberman's victims who oppose his motion for compassionate release. Notably, however, many of the victims expressed frustration that they have not been paid more in restitution, and a few indicated that if they were paid the full amount of their restitution then they would be in favor of the Court granting his motion. (*See*, for example, "Victim J.S. expressed frustration and stated he has only received $20 in restitution despite being swindled out of thousands. Victim J.S. proposed that Lieberman could get early release if he pays back all of the victims or works it off. But until that time, he should stay in prison.") Mr. Lieberman would be able to significantly increase his restitution payments to his victims if his motion were granted. Mr. Lieberman has arranged to have a job waiting for him if he were released from incarceration, which undersigned counsel has confirmed with his former business partner. The conditions at the proposed job site would permit Mr. Lieberman to socially distance and better protect himself from COVID-19, while providing him with a greater income than he currently makes through BOP, thereby allowing him to repay his victims faster.

### III. CONCLUSION

For the foregoing reasons, Mr. Lieberman's Motion for Compassionate Release should be granted.

Respectfully submitted,

By: */s/ Kathleen E. Dion*
Kathleen E. Dion (ct26805)
Robinson & Cole LLP
Hartford, CT 06103
Telephone: (860) 275-8200
Fax:    (860)    275-8299
Email: kdion@rc.com

**CERTIFICATION**

I hereby certify that on October 12, 2020, a copy of foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                    /s/ *Kathleen E. Dion*
                                                                    Kathleen E. Dion