LIEBERMAN W.
6113 Town Colony Drive
Apt 8112
BOCA RATON, FL
33433

CLERK of the Court
United STATES District Court House - CT
141 Church Street
New HAVEN, CT
06510